**Dismissed and Opinion Filed October 9, 2024**



**In the**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-24-00703-CV**

**IN THE INTEREST OF M.M. AND M.M.M., CHILDREN**

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-21-02999**

## MEMORANDUM OPINION

Before Justices Reichek, Nowell, and Carlyle
Opinion by Justice Carlyle

Appellant's brief in this appeal is overdue. After appellant failed to respond to our inquiry regarding the reporter's record, we ordered the appeal submitted without the reporter's record and for appellant's brief to be filed by August 10, 2024. By postcard dated August 13, 2024, we informed appellant the brief was overdue and directed appellant to file a brief within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed a brief nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 38.8 (a)(1); 42.3(b), (c).


240703f.p05

/Cory L. Carlyle/
_____
CORY L. CARLYLE
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF M.M. AND
M.M.M., CHILDREN, Appellant

No. 05-24-00703-CV

On Appeal from the 255th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DF-21-02999.
Opinion delivered by Justice Carlyle.
Justices Reichek and Nowell
participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

Judgment entered this 9th day of October, 2024.